```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 08671
    PATRICK J FREEMAN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-7631


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/10/2008 and was not confirmed.

     The case was dismissed without confirmation 09/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------

COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00           .00            .00
GMAC                      SECURED VEHIC         .00           .00            .00
HOUSEHOLD FINANCE         UNSECURED       NOT FILED           .00            .00
BANK OF NEW YORK          CURRENT MORTG         .00           .00            .00
SHIRLEY FREEMAN           DSO ARREARS     NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED         4171.24           .00            .00
ECAST SETTLEMENT CORP     UNSECURED         7058.47           .00            .00
HOUSEHOLD FINANCE CORPOR  UNSECURED        18586.65           .00            .00
HSBC                      UNSECURED         2042.40           .00            .00
PALOS ANESTHESIA ASSO     UNSECURED       NOT FILED           .00            .00
PALOS COMMUNITY HOSPITAL  NOTICE ONLY     NOT FILED           .00            .00
PALOS COMMUNITY HOSPITAL  UNSECURED       NOT FILED           .00            .00
PALOS COMMUNITY HOSPITAL  UNSECURED       NOT FILED           .00            .00
PALOS PATHOLOGY ASSOCIAT  UNSECURED       NOT FILED           .00            .00
IC SYSTEM                 NOTICE ONLY     NOT FILED           .00            .00
UNITED SHOCK WAVE SERVIC  UNSECURED       NOT FILED           .00            .00
LVNV FUNDING LLC          UNSECURED         7085.98           .00            .00
HOUSEHOLD FINANCE CORP    CURRENT MORTG         .00           .00            .00
HOUSEHOLD FINANCE CORP    SECURED NOT I    4723.20            .00            .00
BANK OF NEW YORK          SECURED NOT I         .00           .00            .00
IC SYSTEM                 UNSECURED          341.38           .00            .00
MATTHEW M LITVAK          DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00


     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                                       .00

PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                                .00

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 08671 PATRICK J FREEMAN
```

```
TRUSTEE COMPENSATION                                                        .00
DEBTOR REFUND                                                               .00
                                   ---------------    ---------------
TOTALS                                         .00                .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 12/22/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE










                              PAGE   2
            CASE NO. 08 B 08671 PATRICK J FREEMAN